**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.senreve.com/pages/as-seen-on



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.facebook.com/photo/?fbid=2922921777854831&set=pcb.2922921827854826



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://www.instagram.com/p/CstsmuKR0z2/?img_index=1



**EXHIBIT 2:** INFRINGEMENT #4
URL: https://twitter.com/senreve/status/1662159445227634688

