**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 129236

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Stewart, <br><br> Plaintiff, <br><br> v. <br><br> Project 1920, Inc, <br><br> Defendant. | Case No. 5:24-cv-00884-PCP <br><br> **DECLARATION OF JACQUELINE MANDEL, ESQ. REGARDING EFFORTS TO SERVE DEFENDANT** |

JACQUELINE MANDEL, ESQ., pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury, as follows:

1. I am an attorney duly admitted to practice law before this Court and I am an associate attorney of Sanders Law Group, attorneys for the Plaintiff in this action. As such, I have personal knowledge of all facts and circumstances upon which this Declaration is based, except for those facts and circumstances set forth upon information and belief and, as to those facts, I believe them to be true, based upon conversations with my client, review of my file, and my personal involvement

1. in this case.

2. I am submitting this declaration in response to the Court's May 16, 2024 Order after the Initial Case Management Conference. (*Dkt. No.* 16).

3. After the May 16, 2024 Initial Case Management Conference, our office made several attempts to contact Defendant.

4. On May 23, 2024, our office mailed a copy of Plaintiff's Notice of Motion and Motion for Default Judgment and supporting documents to Defendant at 5684 Bay Street, Suite 665, Emeryville, California 94608 and 881 Parma Way, Los Altos, California 94024.

5. On May 23, 2024, our office messaged a copy of Plaintiff's Notice of Motion and Motion for Default Judgment and supporting documents to Defendant's Instagram account @Senreve and to Defendant's founder and CEO, Coral Chung's Instagram account @Coralllista.

6. On June 3, 2024, our office received an electronic correspondence from Coral Chung. *Attached hereto as Exhibit 1 are true and accurate correspondence between Defendant's principal and our office.* Ms. Chung stated that they never received the demand letter and requested it be resent. *Id.*

7. I sent a copy of the demand letter our office sent prior to filing the lawsuit along with a copy of the Complaint to Ms. Chung. *Id.* I advised her that we had tried numerous times to contact her with no response. *Id.* I also notified her of the June 13, 2024 Motion for Default Judgment hearing. *Id.*

8. Ms. Chung replied that the image had been removed from the website and she inquired into what we were "looking for". *Id.*

9. I informed Ms. Chung that Plaintiff's legal rationale and demand was set forth further in Plaintiff's Motion for Default Judgment. *Id.*

10. As Ms. Chung did not respond to my last correspondence, on June 5, 2024, I inquired if Defendant intended to oppose or otherwise appear for the Motion

for Default Judgment hearing scheduled for June 13, 2024. *Id.* Ms. Chung responded "yes", however, she did not advise if Defendant hired an attorney or if an opposition would be filed.

11. I swear that the foregoing is true and correct under penalty of perjury pursuant to the laws of the State of California and of the United States of America.

DATED: June 5, 2024

*/s/ Jacqueline Mandel*
Jacqueline Mandel, Esq. (Cal Bar 317119)

# EXHIBIT 1

**Jacqueline Mandel**

|          |                                                                                                                       |
|----------|-----------------------------------------------------------------------------------------------------------------------|
| To:      | Coral Chung                                                                                                           |
| Cc:      | Craig Sanders                                                                                                         |
| Subject: | RE: 5:24-cv-00884-PCP_Michael Stewart v. Project 1920, Inc. d/b/a Senreve_Plaintiff's Motion for Default Judgment      |

Jacqueline Mandel, Esq.
**SANDERS LAW GROUP**

333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553
Phone: 516.203.7618
Fax: 516.282.7878
Email: jmandel@sanderslaw.group

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.

**From:** Coral Chung <coral@senreve.com>
**Sent:** Wednesday, June 5, 2024 12:07 PM
**To:** Jacqueline Mandel <jmandel@sanderslaw.group>
**Cc:** Craig Sanders <csanders@sanderslaw.group>
**Subject:** Re: 5:24-cv-00884-PCP_Michael Stewart v. Project 1920, Inc. d/b/a Senreve_Plaintiff's Motion for Default Judgment

Yes

CORAL CHUNG
FOUNDER & CEO | S E N R E V E
www.senreve.com
Follow us on Instagram @senreve
Visit us: 441 Jackson St. San Francisco
Featured in: Forbes | InStyle | TIME | VOGUE
Blog:
Sustainability
Reflections on COVID-19
Remembering My First Met Gala

> On Jun 5, 2024, at 7:53 AM, Jacqueline Mandel <jmandel@sanderslaw.group> wrote:
>
> Hi Coral,
>
> Does Defendant intend to oppose or otherwise appear for the Motion for Default Judgment hearing scheduled for June 13, 2024?

Jacqueline Mandel, Esq.
**SANDERS LAW GROUP**
333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553
Phone: 516.203.7618
Fax: 516.282.7878
Email: jmandel@sanderslaw.group

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE  INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.

**From:** Jacqueline Mandel
**Sent:** Monday, June 3, 2024 4:11 PM
**To:** 'Coral Chung' <coral@senreve.com>
**Cc:** Laura Costigan <lcostigan@sanderslaw.group>; Craig Sanders <csanders@sanderslaw.group>
**Subject:** RE: 5:24-cv-00884-PCP_Michael Stewart v. Project 1920, Inc. d/b/a Senreve_Plaintiff's Motion for Default Judgment

Coral,

What we are seeking and the legal rationale for the same are set forth in our Motion for Default Judgment in which we ask the Court to award statutory damages and attorney's fees and costs in the amount of $15,816.

Jacqueline Mandel, Esq.
**SANDERS LAW GROUP**
333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553
Phone: 516.203.7618
Fax: 516.282.7878
Email: jmandel@sanderslaw.group

CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE  INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.

**From:** Coral Chung <coral@senreve.com>
**Sent:** Monday, June 3, 2024 4:06 PM
**To:** Jacqueline Mandel <jmandel@sanderslaw.group>
**Cc:** Laura Costigan <lcostigan@sanderslaw.group>; Craig Sanders <csanders@sanderslaw.group>
**Subject:** Re: 5:24-cv-00884-PCP_Michael Stewart v. Project 1920, Inc. d/b/a Senreve_Plaintiff's Motion for Default Judgment

Hi Jacqueline,

The image includes a product that is discontinued (has been for several years). The image has been removed from the website and has not generated any sales. What exactly are you and your client looking for?

CORAL CHUNG
FOUNDER & CEO | **S E N R E V E**
www.senreve.com
Follow us on Instagram @senreve
Visit us: 441 Jackson St. San Francisco
Featured in: Forbes | InStyle | TIME | VOGUE
Blog:
Sustainability
Reflections on COVID-19
Remembering My First Met Gala

> On Jun 3, 2024, at 12:55 PM, Jacqueline Mandel <jmandel@sanderslaw.group> wrote:
>
> Hi Coral,
>
> Attached is the letter our office sent prior to filing the lawsuit. Also attached is a copy of the Complaint that was filed on February 14, 2024. We have tried numerous times to contact you, but we received no response. There is now a hearing on June 13, 2024 for Plaintiff's Motion for Default Judgment.
>
> Jacqueline Mandel, Esq.
> **SANDERS LAW GROUP**
> 333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553
> Phone: 516.203.7618
> Fax: 516.282.7878
> Email: jmandel@sanderslaw.group
>
> CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.
>
>> **From:** Coral Chung <coral@senreve.com>
>> **Sent:** Monday, June 3, 2024 3:49 PM
>> **To:** Laura Costigan <lcostigan@sanderslaw.group>
>> **Cc:** Jacqueline Mandel <jmandel@sanderslaw.group>; Craig Sanders <csanders@sanderslaw.group>
>> **Subject:** Re: 5:24-cv-00884-PCP_Michael Stewart v. Project 1920, Inc. d/b/a Senreve_Plaintiff's Motion for Default Judgment
>>
>> Hi Laura,
>>
>> We have never received the demand letter. Can you send that again please.

On Tue, May 7, 2024 at 11:16 AM Laura Costigan <lcostigan@sanderslaw.group> wrote:

> Good Afternoon,
>
> I write on behalf of counsel for the Plaintiff, Michael Stewart, in the above-referenced matter against Defendant, Project 1920, Inc. d/b/a Senreve. This matter is currently pending in the United States District Court for the Northern District of California.
>
> Attached to this communication, please find copies of the Plaintiff's Notice of Motion for Default Judgment, The Declaration of Jacqueline Mandel, Esq. in Support, the Declaration of Michael Stewart in Support, the Memorandum of Points and Authorities in Support, and the Proposed Judgment on the Motion for Default Judgment filed at Docket numbers 11 – 11-4.
>
> Respectfully,
>
> Laura Costigan | Head Paralegal
>
> **SANDERS LAW GROUP**
>
> 333 Earle Ovington Boulevard | Suite 402 | Uniondale, NY 11553
>
> Phone: 516.203.7636
>
> Fax: 516.282.7878
>
> Email: lcostigan@sanderslaw.group
>
> CONFIDENTIALITY NOTICE: THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.  ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE, PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY. THANK YOU.

--
**CORAL CHUNG**
Founder & CEO | **S E N R E V E**
www.senreve.com
Follow us on Instagram @senreve
Visit us 441 Jackson St. San Francisco, CA
Featured in: Forbes | InStyle | TIME | VOGUE
Blog:
Sustainability
Reflections on COVID-19
Remembering My First Met Gala


<Exhibit 2.pdf>
<Demand Letter - Senreve.pdf>
<Complaint - Senreve.pdf>
<Exhibit 1.pdf>